IN THE SUPREME COURT. 121

Comstock *v.* Hitt.    Clapp *et al. v.* Reid *et al.*

## COMSTOCK *v.* HITT.

(April Term, 1865.)

## CLAPP *et al. v.* REID *et al.*

(April Term, 1867.)

1. DEMURRER *to plea of release of errors — when proper.* Objections affecting the merits of a plea of release of errors, can be made only upon demurrer to the plea, and will not avail against a motion for leave to withdraw a joinder in error and to file the plea.

2. SAME — *of the judgment thereon.* Should a plea of release of errors be adjudged bad on demurrer, the judgment will be reversed.

MR. JAMES L. STARK, Jr., on behalf of the defendant in error, asked leave to withdraw his joinder in error and to plead a release of errors, setting forth the grounds upon which the plea was proposed to be based.

MR. TULEY, for the plaintiff in error, objected that the facts suggested would not support a plea of release of errors.

Per CURIAM: The objections made to this application are upon grounds affecting the merits of the proposed plea, and

can properly be made only on demurrer thereto. The defendant will be given leave to withdraw his joinder and to file a plea of release of errors; but should the plea be adjudged bad on demurrer, a judgment of reversal will be entered thereon.